PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Steven Wilson                                         Docket No. 05-00767

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Heather Maloney** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Steven Wilson**, who was placed under pretrial release supervision by the **Honorable Patty Schwartz** sitting in the Court at, on June 18, 2004, under the following conditions:

1. $100,000 Unsecured Appearance Bond
2. Released to an inpatient substance abuse treatment program.
3. Pretrial Services Supervision
4. Substance abuse testing and/or treatment as deemed appropriate by Pretrial Services
5. Pretrial Services must approve residence after release from inpatient treatment and must reside with a responsible third party
6. 24 house arrest with electronic home monitoring (allowances for Court, attorney meetings, and medical emergencies)

On February 14, 2006, Your Honor sentenced the defendant to 5 months incarceration to be followed by 36 months supervised release, and $100 special assessment. Your Honor ordered the defendant to reside at Integrity House until he received designation and a surrender date.

Respectfully presenting petition for action of Court and for cause as follows:

**Please see attached memorandum dated March 2, 2006**

PRAYING THAT THE COURT WILL ORDER a modification to the conditions of bail as follows:

**The defendant shall participate in mental health treatment as directed by Pretrial Services**

ORDER OF COURT

Considered and ordered this ____ day of _____ and ordered filed and made a part of the records in the above case.

_____
Honorable Faith S. Hochberg
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/2/06

_____
Heather Maloney
U.S. Pretrial Services Officer