PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Steven Wilson                                   Cr.: 05-00767-001
                                                                  PACTS #: 39906

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg

Date of Original Sentence: 02/14/06

Original Offense: Conspiracy to Steal Government Funds

Original Sentence: 5 months imprisonment; 3 years supervised release

Type of Supervision: Supervised Release                 Date Supervision Commenced: 09/17/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states ' **You shall not commit another federal, state, or local crime.** ' |
|   | On January 30, 2010, Wilson was arrested by the East Orange Police Department for possessing one vial of cocaine. This charge is pending. |
| 2 | The offender has violated the supervision condition which states ' **You shall not commit another federal, state, or local crime.** ' |
|   | Wilson admittedly engaged in new criminal activity by purchasing food stamps for less than face value and reselling them for a profit. No formal charges have been filed. |
| 3 | The offender has violated the supervision condition which states '**You shall refrain from the illegal possession and/or use of drugs and submit to urinalysis to ensure compliance. In addition, you shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office.**' |
|   | Wilson relapsed to the use of cocaine in August 2009. |

PROB 12A - Page 2
Steven Wilson

4      The offender has violated the supervision condition which states **"You shall not leave the Judicial District without the permission of the Probation Office."**

On approximately November 20, 2009, Wilson left the District of South Carolina and relocated to the District of New Jersey without the permission of the probation office.

U.S. Probation Officer Action:

As Wilson's behavior is motivated by drug addiction, we respectfully request the Court's permission to withhold court action to allow the offender an opportunity to enter into an inpatient drug treatment program. If the offender fails to successfully complete the program, or continues in non-compliant activities, we will request the commencement of violation proceedings.

Respectfully submitted,
By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 03/02/10

*The Court orders:*

[✓] Withhold court action to allow participation in inpatient drug treatment program
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

3/15/10
Date